UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Ave, Ste. 406
Westmont, NJ 08108
Main Phone: 609-250-0700
bnicholas@kmllawgroup.com
BNC Mortgage Loan Trust 2006-1 Mortgage Pass-Though Certificates Series 2006-1, U.S. Bank National Association, as Trustee

In Re:

Michelle L. Meddings, debtor

Walter Meddings, co-debtor

Case No.:        18-10555 JNP

Chapter:         Chapter 13

Hearing Date:    12/11/2018 @ 10am

Judge:           Jerrold N. Poslusny, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: The motion for relied from the automatic stay (docket entry 31) has been settled. An order will be submitted.

Date: 12/4/2018          /s/ Brian C. Nicholas, Esq.
                              Signature

*rev.8/1/15*

2