UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BNC Mortgage Loan Trust, et al.

In Re:

Michelle Meddings,

Debtor.

Case No.:   18-10555-JNP

Chapter:   13

Hearing Date:   12/11/2018

Judge:   Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 107 Strand Avenue (Docket # 31)

_____

Date: 12/10/2018                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*