Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-10555 (JNP)**

Michelle L. Meddings  
107 Strand Avenue  
Sewell, NJ  08080

Monthly Payment: $319.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | $220.00 | 03/16/2018 | $220.00 | 05/08/2018 | $286.00 | 05/21/2018 | $286.00 |
| 07/02/2018 | $286.00 | 12/03/2018 | $319.00 | 12/31/2018 | $319.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHELLE L. MEDDINGS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $2,810.00 | $1,568.11 | $1,241.89 | $1,196.75 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $400.00 | $92.08 | $307.92 | $0.00 |
| 1 | ARS/ACCOUNT RESOLUTION SPECIALIST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLOY FEDERAL CREDIT U | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLTRAN FINANCIAL, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $416.41 | $0.00 | $0.00 | $0.00 |
| 5 | BNC MORTGAGE LOAN TRUST 2006-1 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC | 33 | $641.89 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $524.92 | $0.00 | $0.00 | $0.00 |
| 8 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND FUNDING, LLC | 33 | $587.02 | $0.00 | $0.00 | $0.00 |
| 10 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | EMRG PHY ASSOC OF S JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FINANCIAL RECOVERIES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIRST STEP GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | IC SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KAY JEWELERS/STERLING JEWELERS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KENNEDY MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $706.22 | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NATIONAL RECOVERY AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | NATIONSTAR MORTGAGE, LLC | 24 | $12,567.87 | $0.00 | $12,567.87 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $227.80 | $0.00 | $0.00 | $0.00 |
| 26 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PRTY PLS FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | RADIOLOGY ASSOCIATES OF NEW JERSEY, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SOUTH JERSEY F.C.U. | 33 | $786.60 | $0.00 | $0.00 | $0.00 |
| 31 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SOUTHWEST CREDIT SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SQUARE ONE FINANCIAL/CACH LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | WALTER MEDDINGS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | IC SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | SOUTH JERSEY F.C.U. | 33 | $542.70 | $0.00 | $0.00 | $0.00 |
| 55 | SOUTH JERSEY F.C.U. | 33 | $671.76 | $0.00 | $0.00 | $0.00 |
| 56 | NATIONSTAR MORTGAGE, LLC | 24 | $2,522.31 | $0.00 | $2,522.31 | $0.00 |
| 57 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $122.24 | $408.76 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2018 | 8.00 | $0.00 |
| 10/01/2018 | Paid to Date | $1,298.00 |
| 11/01/2018 | 51.00 | $319.00 |
| 02/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,936.00 |
| Total paid to creditors this period: | $1,196.75 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $638.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**