UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BNC Mortgage Loan Trust 2006-1, et al.

In Re:

Michelle L. Meddings,

Debtor.

Case No.:     18-10555-JNP

Chapter:     13

Hearing Date:     7/3/2019

Judge:     Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 38)

_____

Date: 6/26/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*