| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew T. Archer, Esq.<br>BRENNER SPILLER & ARCHER<br>175 Richey Ave<br>Collingswood, NJ 08107<br>(856) 963-5000<br>Attorney for Debtor(s)<br>005272008 | Order Filed on July 7, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michelle L. Meddings,<br><br>　　　　　　　　　　　　　　　Debtor. | Case No.:　　18-10555<br>Chapter:　　13<br>Judge:　　JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 7, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____340.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*