UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on July 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Michelle L. Meddings,

Debtor.

Case No.:     18-10555

Chapter:      13

Judge:        JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____340.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 18-10555-JNP
Michelle L. Meddings                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 1        Date Rcvd: Jul 08, 2019
                              Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
db           +Michelle L. Meddings,    107 Strand Ave,    Sewell, NJ 08080-9230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Michelle L. Meddings aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brian C. Nicholas    on behalf of Creditor    BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2006-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2006-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2006-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2006-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              Sindi  Mncina    on behalf of Creditor    BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2006-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10