Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–10555–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michelle L. Meddings
  107 Strand Ave
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–4837

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:        October 22, 2019
Time:        10:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**50** – Certification in Opposition to (related document:49 Creditor's Certification of Default (related document:45 Order (Generic)) filed by Denise E. Carlon on behalf of BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 10/4/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Andrew Thomas Archer on behalf of Michelle L. Meddings. (Archer, Andrew)

and transact such other business as may properly come before the meeting.


Dated: September 25, 2019
JAN: lgr

                                                          Jeanne Naughton
                                                          Clerk