Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–10555–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michelle L. Meddings
  107 Strand Ave
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–4837

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 2/4/20 at 10:00 AM

to consider and act upon the following:

*58* – Certification in Opposition to (related document:57 Creditor's Certification of Default (related document:55 Order (Generic)) filed by Brian C. Nicholas on behalf of BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 12/23/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Andrew Thomas Archer on behalf of Michelle L. Meddings. (Archer, Andrew)

Dated: 1/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court