| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire (IB 4082)<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>(856) 663-5002 | |
| In Re:<br><br>Michelle Meddings,<br><br>Debtor(s)'. | Case No.  18-10555  JNP<br><br>Judge:  Jerrold N. Poslusny, Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $6,986.00 total receipts applied to plan, then $495.00 for the remaining thirty-four (34) months commencing April 1, 2020, for a total of sixty (60) months. Additionally, this Stipulation incorporates a fee application for debtor(s)' attorney in the amount of $800.00, pending Court approval.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 16, 2018 remain in effect.

_____
Andrew T. Archer, Esquire,
Attorney for Debtor

Dated: 3-23-2020

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 3/25/2020