Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–10555–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michelle L. Meddings
  107 Strand Ave
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–4837

Employer's Tax I.D. No.:

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             July 20, 2021
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*71* – Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:31 Motion for Relief from Co–Debtor Stay of Walter Meddings filed by Creditor BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Motion for Relief from Stay re: re: 107 Strand Avenue, Sewell, NJ, 08080. Fee Amount $ 181., 63 Order (Generic)) filed by Rebecca Ann Solarz on behalf of BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 07/6/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BNC MORTGAGE LOAN TRUST 2006–1 MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2006–1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Andrew Thomas Archer on behalf of Michelle L. Meddings. (Archer, Andrew)

and transact such other business as may properly come before the meeting.


Dated: June 29, 2021
JAN: eag

                                        Jeanne Naughton
                                        Clerk