Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  18−10555−JNP
                            Chapter:  13
                            Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michelle L. Meddings
    107 Strand Ave
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−4837

Employer's Tax I.D. No.:

## NOTICE OF HEARING

      NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               July 20, 2021
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*71* − Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:31 Motion for Relief from Co−Debtor Stay of Walter Meddings filed by Creditor BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Motion for Relief from Stay re: re: 107 Strand Avenue, Sewell, NJ, 08080. Fee Amount $ 181., 63 Order (Generic)) filed by Rebecca Ann Solarz on behalf of BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 07/6/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Andrew Thomas Archer on behalf of Michelle L. Meddings. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: June 29, 2021
JAN: eag

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                    Case No. 18-10555-JNP
Michelle L. Meddings                                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 173 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Meddings, 107 Strand Ave, Sewell, NJ 08080-9230 |
| cr | + | BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROU, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                              Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Michelle L. Meddings aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brian C. Nicholas | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 173 | Total Noticed: 2 |

    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John F Newman
    on behalf of Creditor SJFCU courts@southjerseyfcu.com

Laura M. Egerman
    on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com,
    bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz
    on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10