Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−10555−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle L. Meddings
   107 Strand Ave
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4837

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 6, 2021.


Dated: October 6, 2021
JAN:

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michelle L. Meddings  
      Debtor

Case No. 18-10555-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 06, 2021      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Meddings, 107 Strand Ave, Sewell, NJ 08080-9230 |
| cr | + | BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROU, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517270506 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517270504 | | Alloy Federal Credit U, US-60, Alloy, WV 25002 |
| 517270508 | + | BNC Mortgage Loan Trust 2006-1, US Bank National Association as Trustee, c/o Nationstar Mortgage d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517392621 | | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517371217 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517270522 | + | Emrg Phy Assoc Of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517270524 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270533 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517270535 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 517270536 | + | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270544 | + | Kennedy Medical Group, PO Box 95000, Philadelphia, PA 19195-0001 |
| 517270549 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517401413 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 517270552 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 517270553 | + | Prty Pls Fcu, 6 Lynam St, Wilmington, DE 19804-3135 |
| 517270554 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517270555 | + | Radiology Associates of New Jersey, PC, 28075 Network Place, Chicago, IL 60673-1280 |
| 517270556 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270559 | + | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 517270561 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |
| 517270563 | + | Walter Meddings, 107 Strand Ave, Sewell, NJ 08080-9230 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517270507 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 06 2021 20:21:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 517286235 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 06 2021 20:21:00 | Atlantic City Electric Company, Pepco Holdings, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517270509 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 20:25:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517270510 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2021 20:25:00 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517270511 | + | Email/Text: documentfiling@lciinc.com | Oct 06 2021 20:21:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 517270512 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2021 20:21:00 | Comenity Bank/Lane Bryant, Po Box 182273, Columbus, OH 43218-2273 |
| 517270517 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 06 2021 20:21:00 | Dept Of Ed/582/nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 517270513 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 06 2021 20:21:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270523 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2021 20:21:00 | Enhanced Recovery Company, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517270546 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 06 2021 20:21:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517270547 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2021 20:21:00 | Midland Credit Management, Inc., 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 517299009 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2021 20:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517270548 | + | Email/Text: Bankruptcies@nragroup.com | Oct 06 2021 20:21:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 517270550 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2021 20:25:03 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517368803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2021 20:25:09 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 517345316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2021 20:25:03 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517270552 | | Email/Text: signed.order@pfwattorneys.com | Oct 06 2021 20:21:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 517270560 | + | Email/Text: bankruptcy@sw-credit.com | Oct 06 2021 20:21:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 517270562 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2021 20:25:03 | Synchrony Bank, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 517272188 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2021 20:25:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517292386 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 06 2021 20:21:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517270514 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270515 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270516 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: plncf13 | Total Noticed: 46 |

| | | |
|---|---|---|
| 517270518 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270519 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270520 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270521 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270525 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270526 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270527 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270528 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270529 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270530 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270531 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270534 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517270537 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270538 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270539 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270540 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270541 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270542 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270543 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517270557 | *+ | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270558 | *+ | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270505 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 517270532 | ##+ | First Step Group, LLC, PO Box 29225, Minneapolis, MN 55429-0225 |
| 517270545 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 25 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021                      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Michelle L. Meddings aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brian C. Nicholas | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: plncf13 | Total Noticed: 46 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John F Newman

on behalf of Creditor SJFCU courts@southjerseyfcu.com

Laura M. Egerman

on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz

on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE rsolarz@kmllawgroup.com

Sindi Mncina

on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10