Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−10555−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michelle L. Meddings
  107 Strand Ave
  Sewell, NJ 08080

Social Security No.:
  xxx−xx−4837

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/6/23 at 11:00 AM

to consider and act upon the following:

*109* – Certification in Opposition to (related document:108 Creditor's Certification of Default (related document:31 Motion for Relief from Co−Debtor Stay of Walter Meddings filed by Creditor BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Motion for Relief from Stay re: re: 107 Strand Avenue, Sewell, NJ, 08080. Fee Amount $ 181., 96 Order (Generic)) filed by Denise E. Carlon on behalf of BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 05/25/2023. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BNC MORTGAGE LOAN TRUST 2006−1 MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Andrew Thomas Archer on behalf of Michelle L. Meddings. (Archer, Andrew)

Dated: 5/17/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court