Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−10555−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle L. Meddings
   107 Strand Ave
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4837

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        11/16/23
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 4/17/2023 to 10/12/2023

COMMISSION OR FEES
Fee: $1,300

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 12, 2023
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-10555-JNP
Michelle L. Meddings    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Oct 12, 2023    Form ID: 137    Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Meddings, 107 Strand Ave, Sewell, NJ 08080-9230 |
| cr | + | BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROU, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517270504 | | Alloy Federal Credit U, US-60, Alloy, WV 25002 |
| 517270522 | + | Emrg Phy Assoc Of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517270532 | + | First Step Group, LLC, PO Box 29225, Minneapolis, MN 55429-0225 |
| 517270536 | + | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270544 | + | Kennedy Medical Group, PO Box 95000, Philadelphia, PA 19195-0001 |
| 517270553 | + | Prty Pls Fcu, 6 Lynam St, Wilmington, DE 19804-3135 |
| 517270555 | + | Radiology Associates of New Jersey, PC, 28075 Network Place, Chicago, IL 60673-1280 |
| 517270556 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270559 | + | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 517270561 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |
| 517270563 | + | Walter Meddings, 107 Strand Ave, Sewell, NJ 08080-9230 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 02:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 02:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517270506 | ^ | MEBN | Oct 12 2023 21:36:42 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517270507 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 13 2023 02:15:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 517286235 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 13 2023 02:15:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517270508 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2023 02:15:00 | BNC Mortgage Loan Trust 2006-1, US Bank National Association as Trustee, c/o Nationstar Mortgage d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517392621 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:48 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., |

Case 18-10555-JNP   Doc 127   Filed 10/14/23   Entered 10/15/23 00:14:43   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517270509 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Oct 12 2023 22:50:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517371217 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Oct 12 2023 23:02:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517270510 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 12 2023 23:02:56 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517270511 | + Email/Text: documentfiling@lciinc.com | | |
| | | Oct 13 2023 02:14:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 517270512 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 13 2023 02:15:00 | Comenity Bank/Lane Bryant, Po Box 182273, Columbus, OH 43218-2273 |
| 517270517 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 13 2023 02:16:00 | Dept Of Ed/582/nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 517270513 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 13 2023 02:16:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270523 | + Email/Text: bknotice@ercbpo.com | | |
| | | Oct 13 2023 02:16:00 | Enhanced Recovery Company, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517270524 | ^ MEBN | | |
| | | Oct 12 2023 21:36:38 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270533 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Oct 13 2023 02:15:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517270535 | + Email/Text: bankruptcy@signetjewelers.com | | |
| | | Oct 13 2023 02:15:00 | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 517270546 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 13 2023 02:15:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517270547 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 13 2023 02:16:00 | Midland Credit Management, Inc., 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 517299009 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 13 2023 02:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517270548 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Oct 13 2023 02:16:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 517270549 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 13 2023 02:15:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517401413 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 13 2023 02:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 517270550 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 12 2023 22:51:30 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517368803 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 12 2023 22:51:30 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 517345316 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 12 2023 22:51:30 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517270552 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Oct 13 2023 02:15:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 517270554 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Oct 13 2023 02:16:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517270560 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Oct 13 2023 02:16:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 517270562 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 12 2023 22:51:25 | Synchrony Bank, Attn: Bankruptcy, Po Box |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | 103104, Roswell, GA 30076-9104 |
| 517272188 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 22:51:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517292386 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 13 2023 02:16:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517270514 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270515 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270516 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270518 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270519 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270520 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270521 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517270525 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270526 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270527 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270528 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270529 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270530 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270531 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517270534 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517270537 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270538 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270539 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270540 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270541 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270542 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270543 | *+ | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517270551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517270557 | *+ | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270558 | *+ | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517270505 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 517270545 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 25 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023          Signature:     /s/Gustava Winters

Case 18-10555-JNP    Doc 127    Filed 10/14/23    Entered 10/15/23 00:14:43    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 47 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Michelle L. Meddings aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Brian C. Nicholas | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Laura M. Egerman | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Sindi Mncina | on behalf of Creditor BNC MORTGAGE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10