UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BNC Mortgage Loan Trust 2006-1, et al.

In Re:

Michelle L. Meddings & Walter Meddings,

Debtors.

Case No.: __18-10555-JNP__

Chapter: __13__

Hearing Date: __11/14/2023__

Judge: __Poslusny__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 126)

_____

Date: 11/13/2023                                    /s/ Denise Carlon
                                                     Signature

*rev.8/1/15*