Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-10555 (JNP)

Michelle L. Meddings  
107 Strand Avenue  
Sewell, NJ  08080

Monthly Payment: $2,156.83  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2023 | $552.00 | 01/05/2023 | $1,000.00 | 03/01/2023 | $200.00 | 03/01/2023 | $1,000.00 |
| 05/02/2023 | $1,000.00 | 06/13/2023 | $800.00 | 07/11/2023 | $800.00 | 08/21/2023 | $1,000.00 |
| 10/03/2023 | $1,000.00 | 10/31/2023 | $500.00 | 10/31/2023 | $1,000.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHELLE L. MEDDINGS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $700.00 | $700.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,300.00 | $1,175.20 | $124.80 | $1,175.20 |
| 1 | ARS/ACCOUNT RESOLUTION SPECIALIST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLOY FEDERAL CREDIT U | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLTRAN FINANCIAL, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $416.41 | $0.00 | $416.41 | $0.00 |
| 5 | BNC MORTGAGE LOAN TRUST 2006-1 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC | 33 | $641.89 | $0.00 | $641.89 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $524.92 | $0.00 | $524.92 | $0.00 |
| 8 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND FUNDING, LLC | 33 | $587.02 | $0.00 | $587.02 | $0.00 |
| 10 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FINANCIAL RECOVERIES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIRST STEP GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | IC SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KAY JEWELERS/STERLING JEWELERS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KENNEDY MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 21 | CAPITAL ONE, N.A. | 33 | $706.22 | $0.00 | $706.22 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NATIONAL RECOVERY AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | NATIONSTAR MORTGAGE, LLC | 24 | $12,567.87 | $11,857.82 | $710.05 | $3,974.38 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $227.80 | $0.00 | $227.80 | $0.00 |
| 26 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PRTY PLS FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | RADIOLOGY ASSOCIATES OF NEW JERSEY, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | FIRST HARVEST CREDIT UNION | 33 | $786.60 | $0.00 | $786.60 | $0.00 |
| 31 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SOUTHWEST CREDIT SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SQUARE ONE FINANCIAL/CACH LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | WALTER MEDDINGS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 38 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | DEPT OF ED/582/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | IC SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | FIRST HARVEST CREDIT UNION | 33 | $542.70 | $0.00 | $542.70 | $0.00 |
| 55 | FIRST HARVEST CREDIT UNION | 33 | $671.76 | $0.00 | $671.76 | $0.00 |
| 56 | NATIONSTAR MORTGAGE, LLC | 24 | $2,522.31 | $2,136.57 | $385.74 | $673.05 |
| 57 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 58 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 59 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 60 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 61 | NATIONSTAR MORTGAGE, LLC | 24 | $2,230.40 | $1,633.19 | $597.21 | $1,041.99 |
| 62 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 63 | NATIONSTAR MORTGAGE, LLC | 24 | $4,637.08 | $875.80 | $3,761.28 | $875.80 |
| 64 | NATIONSTAR MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 65 | NATIONSTAR MORTGAGE, LLC | 24 | $219.18 | $0.00 | $219.18 | $0.00 |
| 66 | NATIONSTAR MORTGAGE, LLC | 13 | $200.00 | $180.80 | $19.20 | $180.80 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-10555 (JNP)

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2018 | 69.00 | $0.00 |
| 11/01/2023 | Paid to Date | $29,088.00 |
| 12/01/2023 | 3.00 | $2,156.83 |
| 03/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,852.00 |
| Total paid to creditors this period: | $8,459.22 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $4,313.66 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**