UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BNC Mortgage Loan Trust, et al.

In Re:

Michelle Meddings & Walter Meddings,

Debtors.

Case No.:	  18-10555-JNP  

Chapter:	        13        

Hearing Date:	  04/30/2024  

Judge:	       Poslusny       

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled	☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 143)

_____

Date: 4/26/2024	/s/ Denise Carlon
	Signature

*rev.8/1/15*