Certificate Number: 05781-NJ-DE-038426218

Bankruptcy Case Number: 18-10555



05781-NJ-DE-038426218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2024, at 12:21 o'clock PM PDT, Michelle Meddings completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 29, 2024              By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President